UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 MAR -4 AM 10: 33

| UNITED STATES OF AMERICA, | CASE NO. 10CR3505-WQH |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| CESAR GUTIEREZ-ORTIZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of the Indictment: 21 USC 952 AND 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 28, 2011

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE